# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LAVERN G. BIEKER, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 4:06CV3233 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **MERCK & CO., INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's unopposed motion to stay proceedings (Filing No. 6). The defendant states this matter is likely to be transferred to the multi-district litigation proceeding as In re VIOXX Mktg., Sales Practices & Prods. Liab. Litig., MDL No. 1657, in the Eastern District of Louisiana. The defendant seeks a stay of all deadlines pending transfer of this case. The defendant represents the plaintiffs do not oppose a stay. Upon consideration,

**IT IS ORDERED:**

1. The defendant's unopposed motion to stay proceedings (Filing No. 6) is granted.

2. All proceedings in this matter are stayed until further order of the court or transfer to the multi-district litigation docket.

DATED this 20th day of October, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge